UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW IZEH,

                    Plaintiff,

          -against-

NYPD, *et al.*,

                    Defendants.

20-CV-6869 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff, who proceeds *pro se*, has filed a motion for the appointment of counsel. For the reasons set forth below, the motion is denied.

## DISCUSSION

    The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, Plaintiff's efforts to obtain a lawyer, and Plaintiff's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the Court to assess the merits of the action, Plaintiff's motion for counsel is denied without prejudice to renewal at a later date.

## CONCLUSION

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

    The Court denies Plaintiff's motion for the appointment of pro bono counsel (ECF 3), without prejudice to renewal at a later date.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   February 8, 2021
         New York, New York

                                        _____
                                        COLLEEN McMAHON
                                        Chief United States District Judge